# Court of Appeals
# of the State of Georgia

ATLANTA,    July 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1155. MIKELL v. THE STATE.**

The appellant, pro se, seeks the return of personal property from a drug forfeiture. This case was docketed on February 14, 2012, and appellant's brief and enumeration of errors were due to be filed no later than March 5, 2012. As of this date, appellant has not filed a brief or enumeration of errors. He has also failed to request an extension of time. Accordingly, the appeal is hereby DISMISSED pursuant to Court of Appeals Rules 13, 23 (a) and 25 (a).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 07/25/2012
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*